# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLOUDING IP, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:12-CV-00675 -LPS |
| | § | |
| RACKSPACE HOSTING, INC., | § | **JURY DEMAND** |
| RACKSPACE US, INC., and | § | |
| JUNGLE DISK, LLC, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' MOTION TO WITHDRAW MOTION TO STAY

Defendants Rackspace Hosting, Inc., Rackspace US, Inc., and Jungle Disk, LLC (collectively, "Rackspace"), by and through their undersigned counsel, hereby withdraw their *Motion to Stay Pending Inter Partes Review*, which was filed on January 18, 2013 at Docket No. 34 and request that the Court strike the document from the record.

Dated: February 12, 2013

                                                   */s/ Kenneth L. Dorsney*
                                                 Kenneth L. Dorsney (I.D. No. 3726)
                                                 **MORRIS JAMES LLP**
                                                 500 Delaware Avenue, Suite 1500
                                                 Wilmington, Delaware 19801
                                                 (302) 888-6800
                                                 kdorsney@morrisjames.com

– and –

*Pro Hac Vice:*

R. LAURENCE MACON
TX State Bar No. 12787500
lmacon@akingump.com
KIRT S. O'NEILL
TX State Bar No. 00788147
koneill@akingump.com
MELANIE G. COWART
TX State Bar No. 04920100
mcowart@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
300 Convent Street, Suite 1600
San Antonio, Texas 78205-3732
Telephone: (210) 281-7000
Fax: (210) 224-2035

*ATTORNEYS FOR DEFENDANTS
RACKSPACE HOSTING, INC.,
RACKSPACE US, INC., and
JUNGLE DISK, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLOUDING IP, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:12-CV-00675 -LPS |
| | § | |
| RACKSPACE HOSTING, INC., | § | **JURY DEMAND** |
| RACKSPACE US, INC., and | § | |
| JUNGLE DISK, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANTS' MOTION TO WITHDRAW MOTION TO STAY

This matter having come before the Court upon the motion of Defendants Rackspace Hosting, Inc., Rackspace US, Inc., and Jungle Disk, LLC ("Defendants") to withdraw their *Motion to Stay Pending Inter Partes Review*, which was filed on January 18, 2013 at Docket No. 34. After considering the pleadings, the Court is of the opinion that the Motion to Withdraw is GRANTED.

It is hereby ORDERED that Defendants' Motion to Withdraw their Motion to Stay, filed on January 18, 2013 at Docket No. 34, is STRICKEN from the Record.

SO ORDERED THIS _____ day of _____, 2013.

_____
Hon. Leonard P. Stark, U.S.D.J.