IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CLOUDING IP, LLC, :
:
    Plaintiff, :
:
v. : C.A. No. 12-675-LPS
:
RACKSPACE HOSTING, INC., :
RACKSPACE US, INC., and JUNGLE :
DISK, LLC, :
:
    Defendants. :

## ORDER

At Wilmington this 24th day of May, 2013, for the reasons stated in the Memorandum Opinion issued this same date,

IT IS HEREBY ORDERED that:

1.     Rackspace's Motion to Dismiss (D.I. 16) is DENIED with respect to willful infringement and GRANTED with respect to indirect infringement.

2.     Clouding is granted leave to amend its complaint. Any amended complaint must be filed within twenty-one days of the date of this Order. Failure to file an amended complaint within this time frame will result in dismissal of the induced infringement claims with prejudice.

                                                                                              UNITED STATES DISTRICT JUDGE