## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>AMAZON.COM INC., *et al.*,<br><br>        Defendants. | C.A. No. 12-641-LPS |
| CLOUDING IP, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>ORACLE CORPORATION,<br><br>        Defendant. | C.A. No. 12-0642-LPS |
| CLOUDING IP, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>RACKSPACE HOSTING, INC., *et al.*,<br><br>        Defendants. | C.A. No. 12-675-LPS |

**STIPULATION TO EXTEND TIME TO FILE AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and subject to the approval of the Court, that:

    1.    The deadline for Clouding IP, LLC to file an amended complaint in the above captioned matters is hereby extended by one week, until June 21, 2013.

    2.    The deadline for Defendants to respond to any such amended complaint shall be extended by one week, until July 12, 2013.

3.      In the event that Clouding IP, LLC does not file an amended complaint on June 21, 2013, Defendants shall file their answers to the operative complaint in these actions on or before June 28, 2013.

| BAYARD, P.A. | MORRIS JAMES LLP |
|---|---|
| By: */s/ Stephen B. Brauerman*<br>    Richard D. Kirk (#922)<br>    Stephen B. Brauerman (#4952)<br>    Vanessa R. Tiradentes (#5398)<br>    222 Delaware Avenue, Suite 900<br>    Wilmington, DE 19899<br>    Tel:  (302) 655-5000<br>    rkirk@bayardlaw.com<br>    sbrauerman@bayardlaw.com<br>    vtiradentes@bayardlaw.com<br><br>*Attorneys for Plaintiff Clouding IP LLC* | By: */s/ Kenneth L. Dorsney*<br>    Kenneth L. Dorsney (#3726)<br>    500 Delaware Avenue, Suite 1500<br>    P.O. Box 2306<br>    Wilmington, DE 19899-2306<br>    Tel:  (302)888-6855<br>    kdorsney@morrisjames.com<br><br>*Attorneys for Defendants Rackspace Hosting, Inc., Rackspace US Inc., and Jungle Disk LLC* |
| ASHBY & GEDDES | RICHARDS, LAYTON & FINGER, PA |
| By: */s/ Andrew C. Mayo*<br>    Steven J. Balick (#2114)<br>    Lauren E. Maguire (#4261)<br>    Andrew C. Mayo (#5207)<br>    500 Delaware Avenue, 8th Floor<br>    P.O. Box 1150<br>    Wilmington, DE 19899<br>    Tel:  (302) 654-1888<br>    sbalick@ashby-geddes.com<br>    lmaguire@ashby-geddes.com<br>    amayo@ashby-geddes.com<br><br>*Attorneys for Defendants Amazon.com, Inc. and Amazon Web Services, LLC* | By: */s/ Elizabeth R. He*<br>    Frederick L. Cottrell, III (#2555)<br>    Elizabeth R. He (#5345)<br>    One Rodney Square<br>    920 N. King Street<br>    Wilmington, DE 19801<br>    Tel:  (302) 651-7871<br>    cottrell@rlf.com<br>    he@rlf.com<br><br>*Attorneys for Defendant Oracle Corporation* |

IT IS SO ORDERED, this _____ day of _____ 2013.

_____
The Honorable Leonard P. Stark
United States District Judge