

222 Delaware Avenue • Suite 900  
P.O. Box 25130 • Wilmington, DE 19899  
Zip Code For Deliveries 19801

Writer's Direct Access:  
(302) 429-4232  
Email:  sbrauerman@bayardlaw.com

July 23, 2013

**BY CM/ECF & HAND DELIVERY**

The Honorable Leonard P. Stark  
United States District Judge  
United States District Court for the District of Delaware  
844 North King Street  
Wilmington, DE 19801

Re:  *Clouding IP LLC v. Rackspace Hosting, Inc.*, C.A. No. 12-675-LPS

Dear Judge Stark:

    I write on behalf of Plaintiff Clouding IP, LLC to advise the Court that, on July 22, 2013, the United States Patent & Trademark Office terminated the *Inter Partes* Reexamination Proceedings upon which Defendant bases, in part, its pending motion to dismiss. (D.I. 16.) Copies of the orders terminating prosecution are attached hereto as Exhibits A-R. Should Your Honor have any questions or require any additional information, counsel are available at the convenience of the Court.

                            Respectfully submitted,

                            /s/ Stephen B. Brauerman

                            Stephen B. Brauerman (sb4952)

SBB:tm  
Enclosures  
cc:  All Counsel