IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-675-LPS |
| ) | |
| RACKSPACE HOSTING, INC., ) | |
| RACKSPACE US, INC., and JUNGLE ) | |
| DISK, LLC, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS FOR LACK OF STANIDING

Defendants Rackspace Hosting, Inc., Rackspace US, Inc., and Jungle Disk, LLC (collectively, "Rackspace") hereby respectfully move, pursuant to Federal Rule of Civil Procedure 12(b)(1), to dismiss the complaint for lack of standing.

The grounds for this motion have already been set forth in the opening brief in support of Amazon's motion to dismiss for lack of standing in the related case of *Clouding IP, LLC v. Amazon.com, Inc. et al.*, C.A. No. 12-641-LPS (the "Amazon Case."). Since Clouding's complaint in the Amazon Case suffers from the same standing defect as Clouding's complaint against Rackspace in this case, Rackspace will not burden the Court with a duplicative brief, and instead relies upon and incorporates herein the arguments set forth in Amazon's opening brief (D.I. 113 in C.A. No. 12-641-LPS).

ASHBY & GEDDES

|  |  |
|---|---|
| *Of Counsel:* | */s/ Andrew C. Mayo*<br>_____<br>Steven J. Balick (#2114)<br>Lauren E. Maguire (#4261)<br>Andrew C. Mayo (#5207) |
| Daniel T. Shvodian<br>James F. Valentine<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>(650) 838-4300 | 500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br>amayo@ashby-geddes.com |

*Of Counsel:*

Daniel T. Shvodian
James F. Valentine
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
(650) 838-4300

Matthew C. Bernstein
PERKINS COIE LLP
11988 Camino Real, Suite 200
San Diego, CA 92130

Dated: September 26, 2013

*/s/ Andrew C. Mayo*
_____
Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendants*