# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | C.A. No. 12-639-LPS <br><br> **JURY TRIAL DEMANDED** |
| CLOUDING IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA MOBILITY LLC, <br><br> Defendant. | C.A. No. 12-1078-LPS <br><br> **JURY TRIAL DEMANDED** |
| CLOUDING IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC. and <br> AMAZON WEB SERVICES, LLC, <br><br> Defendants. | C.A. No. 12-641-LPS <br><br> **JURY TRIAL DEMANDED** |
| CLOUDING IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> RACKSPACE HOSTING, INC., <br> RACKSPACE US, INC., and <br> JUNGLE DISK, LLC, <br><br> Defendants. | C.A. No. 12-675-LPS <br><br> **JURY TRIAL DEMANDED** |

# MOTION OF DEFENDANTS GOOGLE INC., MOTOROLA MOBILITY LLC, AMAZON.COM, INC., AMAZON WEB SERVICES, LLC, RACKSPACE HOSTING, INC., RACKSPACE US, INC. AND JUNGLE DISK, LLC TO BIFURCATE DAMAGES FROM LIABILITY AND TO STAY DAMAGES-RELATED FACT AND EXPERT DISCOVERY

Pursuant to Federal Rule of Civil Procedure 42(b), Defendants Google Inc., Motorola Mobility LLC, Amazon.com, Inc., Amazon Web Services, LLC, Rackspace Hosting, Inc., Rackspace US, Inc. and Jungle Disk, LLC hereby move to bifurcate the issue of damages from the liability issues in these cases and to stay damages-related discovery pending resolution of the liability issues,. The grounds for this motion are set forth in the accompanying opening brief.

| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Steven J. Balick* | */s/ Jack B. Blumenfeld* |
| Steven J. Balick (#2114)<br>sbalick@ashby-geddes.com<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888 | Jack B. Blumenfeld (#1014)<br>jblumenfeld@mnat.com<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200 |
| *Of Counsel:*<br>Daniel T. Shvodian<br>James F. Valentine<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>(650) 838-4300<br><br>Matthew C. Bernstein<br>PERKINS COIE LLP<br>11988 El Camino Real, Suite 200<br>San Diego, CA 92130<br>(858) 720-5700<br><br>*Attorneys for Defendants Amazon.com, Inc. and Amazon Web Services LLC, Rackspace Hosting, Inc., Rackspace US, Inc., and Jungle Disk, LLC,* | *Of Counsel:*<br>Michael A. Berta<br>Emily Hostage<br>ARNOLD & PORTER LLP<br>Three Embarcadero Center<br>7th Floor<br>San Francisco, CA 94111-4024<br>(415) 471-3100<br><br>Jennifer Sklenar<br>Marco J. Martemucci<br>ARNOLD & PORTER LLP<br>44th Floor<br>777 South Figueroa Street<br>Los Angeles, CA 90017-5844<br><br>*Attorneys for Defendants Google Inc. and Motorola Mobility LLC* |

October 4, 2013

## **RULE 7.1.1 CERTIFICATE**

  I hereby certify that the subject of the foregoing motion has been discussed with counsel for the plaintiff, and that the parties have not been able to reach agreement.

             */s/ Jack B. Blumenfeld*
             _____
             Jack B. Blumenfeld (#1014)

# CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 4, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa R. Tiradentes, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Marc. A. Fenster, Esquire<br>Jaspal S. Hare, Esquire<br>Dorian S. Berger, Esquire<br>Brian Ledahl, Esquire<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA  90025 | *VIA ELECTRONIC MAIL* |

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)