**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CLOUDING IP, LLC<br><br>       Plaintiff,<br><br>  v.<br><br>RACKSPACE HOSTING, INC., RACKSPACE US, INC., and JUNGLE DISK, LLC,<br><br>       Defendant. | C.A. No. 12-675-LPS |

**PLAINTIFF CLOUDING IP, LLC'S OPPOSITION TO DEFENDANTS
RACKSPACE HOSTING, INC., RACKSPACE US, INC., AND JUNGLE DISK, LLC'S
MOTION TO DISMISS FOR LACK OF STANDING**

Plaintiff Clouding IP, LLC ("Clouding") hereby respectfully requests the Court deny Defendants Rackspace Hosting, Inc., Rackspace US, Inc., and Jungle Disk, LLC (collectively, "Rackspace") motion to dismiss Clouding's complaint for lack of standing.

The grounds for this motion have already been set forth in Clouding's answering brief in opposition to Amazon's motion to dismiss for lack of standing in the related case of *Clouding IP, LLC v. Amazon.com, Inc. et al.*, C.A. No. 12-641-LPS (the "Amazon Case."). Since Rackspace's motion and brief "incorporates the arguments set forth in Amazon's opening brief" (D.I. 120) and does not put forward new argument, Clouding will not burden the Court with a duplicative brief and instead relies upon and incorporates herein the arguments set forth in Clouding's answering brief filed in C.A. No. 12-641-LPS.

2

| | |
|---|---|
| October 15, 2013 | BAYARD, P.A. |
| OF COUNSEL: | */s/ Stephen B. Brauerman (sb4952)* <br> Richard D. Kirk (rk0922) |
| Marc A. Fenster <br> Brian D. Ledahl <br> Dorian S. Berger <br> RUSS AUGUST & KABAT <br> 12424 Wilshire Boulevard, 12th Floor <br> Los Angeles, CA 90025 <br> (310) 826-7474 <br> mfenster@raklaw.com <br> bledahl@raklaw.com <br> dberger@raklaw.com | Stephen B. Brauerman (sb4952) <br> Vanessa R. Tiradentes (vt5398) <br> 222 Delaware Avenue, Suite 900 <br> P.O. Box 25130 <br> Wilmington, DE 19899 <br> (302) 655-5000 <br> rkirk@bayardlaw.com <br> sbrauerman@bayardlaw.com <br> vtiradentes@ bayardlaw.com |
| | *Attorneys for Plaintiff Clouding IP, LLC* |