IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-675-LPS |
| | ) |
| RACKSPACE HOSTING, INC., | ) |
| RACKSPACE US, INC., and JUNGLE | ) |
| DISK, LLC, | ) |
| | ) |
| Defendants. | ) |

**REPLY BRIEF IN SUPPORT OF**
**MOTION TO DISMISS FOR LACK OF STANIDING**

Defendants Rackspace Hosting, Inc., Rackspace US, Inc., and Jungle Disk, LLC (collectively, "Rackspace") previously incorporated Amazon's opening brief in support of its motion to dismiss for lack of standing in the related case of *Clouding IP, LLC v. Amazon.com, Inc. et al.*, C.A. No. 12-641-LPS (the "Amazon Case"). (D.I. 120). In an effort to avoid burdening the Court with a duplicative reply brief in support of this motion, Rackspace hereby incorporates the Reply Brief filed in support of Amazon's motion to dismiss for lack of standing in the Amazon Case (D.I. 138).

| | |
|---|---|
| | ASHBY & GEDDES |
| | */s/ Andrew C. Mayo* |
| | _____ |
| *Of Counsel:* | Steven J. Balick (#2114) |
| | Lauren E. Maguire (#4261) |
| | Andrew C. Mayo (#5207) |
| Daniel T. Shvodian | 500 Delaware Avenue, 8th Floor |
| James F. Valentine | P.O. Box 1150 |
| PERKINS COIE LLP | Wilmington, DE 19899 |
| 3150 Porter Drive | (302) 654-1888 |
| Palo Alto, CA 94304 | sbalick@ashby-geddes.com |
| (650) 838-4300 | lmaguire@ashby-geddes.com |
| | amayo@ashby-geddes.com |
| Matthew C. Bernstein | |
| PERKINS COIE LLP | *Attorneys for Defendants* |
| 11988 Camino Real, Suite 200 | |
| San Diego, CA 92130 | |

Dated: October 25, 2013