# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>RACKSPACE HOSTING, INC., RACKSPACE US, INC., AND JUNGLE DISK, LLC,<br><br>    Defendants. | Civil Action No.: 12-CV-675-LPS |

## DECLARATION OF RACKSPACE HOSTING, INC.

I, Paul Voccio, declare as follows:

   1.   I am a Senior Manager in Software Development at Rackspace Hosting, Inc., where I have been employed for the past six years. Since 2009, I have worked on Cloud Servers development at Rackspace. In this role, I am familiar with both OpenStack Nova and Swift.

   2.   I earned a B.B.A. in Business Administration, with a concentration Computer Information Systems, at Georgia State University in 2002. I also earned an M.B.A. with a concentration in Information Assurance from the University of Texas at San Antonio in 2013.

   3.   I make the following statements of my own free will on behalf of Rackspace Hosting, Inc. based on my review of the business records of Rackspace Hosting, Inc. and/or my own personal knowledge (except where explicitly stated otherwise) and, if called to testify, could and would so testify.

   4.   The following declaration sets forth the correspondence between accused Rackspace offerings and the open source packages referred to as OpenStack. In addition, I am providing some background information so that the correspondence is meaningful.

**Rackspace Hosting, Inc.**

5.      Rackspace is a provider of hosting services. Hosting providers, like Rackspace, purchase and operate hardware on which software runs. The software may be provided by the customer or by the hosting provider. Rather than purchase their own hardware and software and hire an IT department to operate and maintain them, many individuals and companies contract for hosting services from companies like Rackspace.

6.      In July 2010, Rackspace joined with NASA to create the OpenStack project which is focused on creating open source, cloud computing software designed to be run on standard hardware (i.e., standard, off-the-shelf servers and hard drives). NASA contributed its compute software (then known as Nebula) while Rackspace contributed its storage software (then known as Cloud Files) as well as some of its compute software. The OpenStack name refers to the project, the foundation that tries to direct it (the OpenStack Foundation) as well as the software (OpenStack software).

7.      The software Rackspace makes available to its customers is the OpenStack software. OpenStack is a series of open source software packages that perform storage and computing functions. Rackspace uses various names to describe service levels and features Rackspace offers with the OpenStack software. For example, Rackspace Private Cloud is the name that Rackspace uses to offer an OpenStack package that is accessible to a particular customer and its employees rather than the public more generally.

8.      The OpenStack storage package is referred to as Swift. The OpenStack computing package is referred to as Nova, which continues the space theme of NASA's Nebula software from which Nova derived.

**Open Source Software**

9. OpenStack is "open source" software. Open source means that the source code to the software is publicly available and anybody can download, copy, and use the software without charge. In addition, everyone is encouraged to volunteer to improve the source code by improving the existing features, adding more features, and fixing bugs. Rackspace is an active member of the open source community and routinely contributes code and improvements to OpenStack.

10. Because there is no charge for using the OpenStack software and it can be freely copied, it is unknown how many copies of OpenStack or its packages exist. Nevertheless, the OpenStack Foundation reports that there have been more than 300,000 downloads of OpenStack or its packages. See www.openstack.org/foundation. In addition, the OpenStack Foundation reports that the OpenStack software comprises more than 550,000 lines of source code.

11. The source code for the OpenStack packages is made publicly available at www.github.com and git.openstack.org. In addition, the source code is mirrored at various other websites. Development of the OpenStack packages is coordinated through www.launchpad.net.

12. Other open source software includes the Linux operating system and the Ubuntu version of Linux. OpenStack runs on both of these operating systems.

**OpenStack Swift**

13. The OpenStack storage package is referred to as Swift. Swift handles numerous aspects of data storage including maintaining multiple copies of data (for fault tolerance or speedier access) and synchronizing those copies to make sure they all have the same information (known as duplication or replication).

14. The source code for Rackspace's previously developed Cloud Files product was made public and donated by Rackspace to serve as the base code on which Swift was developed. Thus, OpenStack Swift is a later, enhanced version of Rackspace's Cloud Files and many references to Cloud Files remain in the source code.

15. Indeed, the README file for the current version of Swift (version 1.10.0) (see Exhibit A) reflects Rackspace's contribution and states in part:

```
Swift was originally developed as the basis for Rackspace's Cloud
Files and was open-sourced in 2010 as part of the OpenStack project.
It has since grown to include contributions from many companies and
has spawned a thriving ecosystem of 3rd party tools. Swift's
contributors are listed in the AUTHORS file.
```

16. Version 1.0.0 of Swift was made publicly available on GitHub in July 2010 and there have been numerous versions since then. In May 2012, when Clouding filed its original Complaint against Rackspace, the most recent master version of Swift was version 1.4.8, which was released in March 2012.

**OpenStack Nova**

17. The OpenStack computing package is referred to as Nova. Nova handles numerous aspects of providing computing power to users. For example, using Nova, a user can gain access to the computing power of hundreds or thousands of computers without actually having to purchase the computers or even knowing where such computers exist. The Nova software takes care of all of the details and users just experience whatever computing power they desire.

18. Nova accomplishes this by using what are referred to as "virtual machines." Traditionally, one physical computer was needed for each operating system instance. Thus, if a user's peak demand required six Windows machines, they would have to buy six physical computers. When only three Windows machines were needed, the other three computers were

totally idle. Likewise, separate physical computers were required to satisfy the peak demand for each different operating system instance (Apple, Linux, etc.) and those computers would also be idle when not needed. Even when a machine of a certain operating system is needed, the vast majority of time, computers are idle while they wait for tasks or user input and this idle time is a wasted resource.

19. "Virtual machines" minimize this waste and reduce costs by using software to mimic physical computers and the target operating system instances. Thus, a single physical computer may appear to be multiple Windows machines, or a Windows machine and a Linux machine or any combination thereof. Because the virtual machines are in software, this approach provides tremendous flexibility and allows administrators to dynamically increase or decrease the number of each type of machine without having to buy more physical computers.

20. The source code for NASA's Nebula software was made public and donated by NASA to serve as the base code from which Nova was developed. In addition, Rackspace contributed some of its compute code to be part of Nova.

21. Version 0.9.0 of Nova was made publicly available on GitHub in July 2010 and there have been numerous versions since then. After version 0.9.0, Nova began using version numbers that start with the year and a release number. In May 2012, when Clouding filed its original Complaint against Rackspace, the most recent master version of Nova was version 2012.1 which was released in April 2012.

22. The OpenStack packages are designed to be combined together to provide various features and capabilities. For example, OpenStack Nova and Swift can be combined to provide scalable computing power with scalable storage. Thus, a company can grow from a small startup

with a small website to a large company with distributed processes all while using the same software and without having to purchase hardware or software and hiring an IT department.

### Rackspace Offerings

23. Rackspace offers either individual OpenStack packages or combined OpenStack packages to its customers and services related to those packages. For example, Rackspace Managed Cloud Servers is the name Rackspace uses when it offers the OpenStack Nova package along with the service of hosting, configuring, and maintaining the OpenStack Nova package.

24. Below is a chart identifying several Rackspace offerings and the corresponding OpenStack package or packages.

|  | OpenStack ||
|  | **Swift** | **Nova** |
|---|---|---|
| **Cloud Databases** | X | X |
| **Next Generation Cloud Databases** | X | X |
| **Cloud Block Storage** | X |  |
| **Private Cloud** | X | X |
| **Cloud Drive including Jungle Disk** | X |  |
| **Cloud Files** | X |  |
| **Cloud Mobile** | X | X |
| **Server Backup (and Jungle Disk Server Backup and Cloud Backup)** | X |  |
| **Next Generation Cloud Server** |  | X |
| **Cloud Server Including Cloud Control Panel** |  | X |
| **Managed Cloud Servers** |  | X |

25. Below is a diagram that illustrates the correspondence between the Rackspace offerings and OpenStack Nova and/or Swift.



26. As shown above, e.g., while Rackspace Cloud Files corresponds to OpenStack Swift, Rackspace Private Cloud corresponds to the combination of OpenStack Swift and OpenStack Nova.

27. Typically, Rackspace configures each OpenStack package for use by its customers. Rackspace configuration may include selecting various software settings (e.g., how many concurrent users, allowed storage size, or number of virtual computers).

28. To offer the software to its customers, Rackspace periodically downloads the latest master version of the appropriate package or packages (with all the open source changes incorporated at the time of downloading) and "merges" that source code into the source code that reflects Rackspace' configurations. The code is then compiled in a process called a "build" before deployment to servers for customers.

29. Merges as described above may occur multiple times each day, daily, weekly, or every several weeks depending on changes to either the OpenStack master or Rackspace configuration.

30. The groups coordinating OpenStack Nova and OpenStack Swift open source development have adopted two different approaches to changes to the code. OpenStack Nova prefers to make very frequent (e.g., up to several times each day), but small, changes to the code. These changes eventually become the master code, with the idea being that any errors will be discovered very quickly and in this way overall stability improved. Thus, the addition/change of even a few lines of code will eventually become part of the OpenStack Nova master code. Thus, the OpenStack Nova master code may change multiple times in even a day and these changes are then merged into the Rackspace configurations and reflected in the products Rackspace offers.

31. By contrast, OpenStack Swift prefers to make fewer changes, but each change is likely to be somewhat larger than those made in OpenStack Nova. Thus, changes to the OpenStack Swift master code are made typically on a weekly or monthly basis.

32. Thus, as described above, Rackspace' offerings track the current master copy of the relevant OpenStack package whenever it is updated.

**OpenStack Swift 1.5.0 and Predecessor Versions**

33. OpenStack Swift uses a traditional version numbering system in which each release is assigned a three part number such as "1.0.0". The first part changes with each relatively substantial change in functionality or the underlying code. Thus, a version change from 1.0.0 to 2.0.0 indicates that the software has changed in some significant way. The second part of the version number changes with relatively minor changes in functionality. Thus, a version change from 1.0.0 to 1.1.0 indicates that the software has changed in some minor way.

Finally, the third part of the version number indicates bug fixes or updates to correct errors. Thus, a version change from 1.1.0 to 1.1.1 indicates that some bugs or errors were fixed.

34. Swift version 1.5.0 was released in June 2012. Swift versions prior to version 1.5.0 had the same (or less) overall functionality as version 1.5.0 and are a subset of version 1.5.0.

**OpenStack Nova 2012.2 and Predecessor Versions**

35. The first version of OpenStack Nova (i.e., the one closest to NASA's Nebula software) used a traditional version numbering system and was deemed version 0.9.0.

36. Thereafter, Nova switched to a version numbering system that starts with the year of the release and then follows traditional numbering. Thus, since version 0.9.0, OpenStack Nova has used version numbers such as 2011.3.1.

37. OpenStack Nova 2012.2 was released in September 2012. Nova versions prior to version 2012.2 had the same (or less) overall functionality as version 2012.2 and are a subset of version 2012.2.

38. Below is a timeline showing the OpenStack Swift and Nova versions offered by Rackspace.



39.   In addition to the version numbers for each package, the OpenStack Foundation attempts to coordinate a combined release of the packages approximately every six months. These combined releases started with the "Austin" release in October 2010 and have continued with "Diablo" in May 2011, "Essex" in November 2011, "Folsom" in June 2012, "Grizzly" in November 2012, and most recently "Havana" in July 2013.  The names Austin, Diablo, etc. are simply names given to combination of the versions of the OpenStack packages available at the time.

### Clouding's Allegations of Infringement

40.   I have reviewed Clouding's Infringement Contentions for the '089, '449, '481, '607, '621, '637, '784, '799, and '908 patents and the 35 claims identified in Clouding's election of claims.

41.   For at least the '089, '449, '481, '607, '621, '784, and '799 patents, Clouding's Infringement Contentions are directed at OpenStack Swift and/or Nova.  I describe the correspondence between these products and OpenStack below.

42.   Clouding's allegations with respect to the remaining patents are too vague or nonsensical for me to determine whether they are directed to OpenStack or not.

### '089 Patent

43.   Clouding's Infringement Contentions for the '089 patent are directed at OpenStack Swift.

44.   For claim 1, Clouding alleges that aspects of Cloud Drive synchronization infringe.  Cloud Drive synchronization is performed by OpenStack Swift.

45.   For claim 2, Clouding again alleges that aspects of Cloud Drive synchronization infringe.  Cloud Drive synchronization is performed by OpenStack Swift.

46. Finally, for claim 3, Clouding alleges that aspects of Cloud Drive / Jungle Disk synchronization infringe. Cloud Drive synchronization is performed by OpenStack Swift.

**'449 Patent**

47. Clouding's Infringement Contentions for the '449 patent are directed at OpenStack Swift.

48. For claim 1, Clouding alleges that aspects of Cloud Files, Cloud Databases, and Private Cloud infringe. Clouding refers to underlying Cloud Files / OpenStack Swift replication in each of its charts. Numerous cited documents are from the [www.openstack.org](www.openstack.org) website.

49. For claim 3, Clouding alleges that aspects of Cloud Files, Cloud Databases, and Private Cloud infringe, but Clouding refers specifically to OpenStack Swift replication in each chart.

50. For claim 4, Clouding alleges that aspects of Cloud Files, Cloud Databases, and Private Cloud infringe, but Clouding refers specifically to OpenStack Swift replication in each chart.

51. For claim 5, Clouding alleges that aspects of Cloud Files, Cloud Databases, and Private Cloud infringe, but Clouding refers specifically to OpenStack Swift replication in each chart, along with the processor and storage that allegedly runs OpenStack Swift. Numerous cited documents are from the [www.openstack.org](www.openstack.org) website.

**'481 Patent**

52. Clouding's Infringement Contentions for the '481 patent are directed at OpenStack Swift and/or Nova.

53. For claim 1, Clouding alleges that aspects of Cloud Files and Cloud Drive / Swift infringe. The accused server side of Cloud Files and Cloud Drive / Jungle Disk are based upon

OpenStack Swift. For claim 1, Clouding also alleges that aspects of Cloud Servers and Server Backup infringe. The accused server side of Cloud Servers and Server Backup are based upon OpenStack Nova. For claim 1, Clouding also alleges that aspects of Cloud Mobile infringe. The server side functionality of Cloud Mobile identified by Clouding corresponds to at least one of the products above, and is based on either OpenStack Nova or OpenStack Swift.

54. For claim 5, Clouding alleges that aspects of Cloud Files, Server Backup, Cloud Mobile, and Cloud Drive / Jungle Disk infringe. The accused server side relies on OpenStack Swift and/or Nova for the same reasons discussed above in claim 1.

55. For claim 28, Clouding alleges that aspects of Cloud Files, Cloud Servers, Server Backup, Cloud Mobile, and Cloud Drive / Jungle Disk infringe. The accused server side relies on OpenStack and/or Nova to take actions based on authentication for the same reasons discussed above in claim 1.

56. For claim 40, Clouding alleges that aspects of Cloud Files, Cloud Servers, Server Backup, Cloud Mobile, and Cloud Drive / Jungle Disk infringe. The accused server side relies on OpenStack and/or Nova for the same reasons discussed above in claim 1.

**'607 Patent**

57. Clouding's Infringement Contentions for the '607 patent either rely upon OpenStack swift or lack sufficient clarity for me to determine whether they rely upon OpenStack and/or other open source packages.

58. For claim 1, Clouding alleges that aspects of Cloud Infrastructure infringe. Rackspace does not have a product called Cloud Infrastructure, but Clouding's Infringement Contentions appear to be directed at the "Ring," which is a part of OpenStack Swift.

59. For claim 9, Clouding alleges that aspects of Cloud Infrastructure infringe. Rackspace does not have a product called Cloud Infrastructure, and Clouding's Infringement Contentions lack sufficient detail for me to determine whether it relies upon OpenStack and/or other open source packages.

**'621 Patent**

60. Clouding's Infringement Contentions for the '621 patent are directed at OpenStack Swift and/or Nova.

61. For claim 2, Clouding alleges that aspects of Cloud Files and Cloud Drive / Swift infringe. The accused server side of Cloud Files and Cloud Drive / Jungle Disk are based upon OpenStack Swift. For claim 2, Clouding also alleges that aspects of Cloud Servers and Server Backup infringe. The accused server side of Cloud Servers and Server Backup are based upon OpenStack Nova. For claim 2, Clouding also alleges that aspects of Cloud Mobile infringe. The server side functionality of Cloud Mobile identified by Clouding corresponds to at least one of the products above, and is based on either OpenStack Nova or OpenStack Swift.

62. For claim 3, Clouding alleges that aspects of Cloud Files, Cloud Servers, Server Backup, Cloud Mobile, and Cloud Drive / Jungle Disk infringe. The accused server side relies on OpenStack and/or Nova for the same reasons discussed above in claim 2.

63. For claim 10, Clouding alleges that aspects of Cloud Files, Cloud Servers, Server Backup, Cloud Mobile, and Cloud Drive / Jungle Disk infringe. The accused server side relies on OpenStack and/or Nova for the same reasons discussed above in claim 2.

64. For claim 12, Clouding alleges that aspects of Cloud Drive and Server Backup infringe. The allegations appear to focus on the server's actions based on encryption. To the extent the server takes action, this is based on OpenStack Swift. Clouding also alleges that

aspects of Cloud Files infringe based on actions taken with respect to a content delivery network. To the extent Cloud Files takes action based on the content delivery network, this is based on OpenStack Swift. Clouding also alleges that aspects of Cloud Servers infringe because Cloud Servers determines whether or not a "resize to a smaller volume" operation is available. To the extent Cloud Servers has such a capability, this is OpenStack Nova functionality. Clouding also alleges that aspects of Cloud Mobile infringe. The asserted server side functionality is based upon OpenStack Swift and/or Nova, as described above in claim 2.

**'784 Patent**

65. Clouding's Infringement Contentions for the '784 patent are directed at OpenStack Nova and/or lack sufficient clarity for me to determine whether they use OpenStack or other open source packages.

66. For claim 1, Clouding alleges that aspects of Cloud Databases, Cloud Servers, Cloud Sites, and Managed Cloud Servers infringe. Because Clouding's Infringement Contentions lack sufficient detail, I am unable to determine whether the allegations are directed at OpenStack.

67. For claim 2, Clouding alleges that aspects of Cloud Servers and Cloud Sites infringe. Because Clouding's Infringement Contentions lack sufficient detail, I am unable to determine whether the allegations are directed at OpenStack.

68. For claim 9, Clouding alleges that aspects of Cloud Servers, Cloud Sites, and Managed Cloud Servers infringe. Based on Clouding's allegation, the updating appears to be directed at OpenStack Nova.

69. For claim 10, Clouding alleges that aspects of Cloud Databases, Cloud servers, Cloud Sites, and Managed Cloud Servers infringe. Based on Clouding's allegation, the limit appears to be directed at OpenStack Nova.

70. For claim 11, Clouding alleges that aspects of Cloud Servers, Cloud Sites, and Managed Cloud Servers infringe. Based on Clouding's allegation, the patching in Cloud Servers and Managed Cloud Servers appears to be directed at OpenStack Nova. Because Clouding's Infringement Contentions lack sufficient detail, I am unable to determine whether the allegations relating to Cloud Sites are directed at OpenStack.

71. For claim 12, Clouding alleges that aspects of Cloud Databases, Cloud Servers, Cloud Sites, and Managed Cloud Servers infringe. Because Clouding's Infringement Contentions lack sufficient detail, I am unable to determine whether the allegations are directed at OpenStack.

**'799 Patent**

72. Clouding's Infringement Contentions for the '799 patent are directed at OpenStack Swift.

73. For claim 37, Clouding alleges that aspects of Cloud Drive infringe. Clouding appears to allege that synchronization performs the claimed steps. Synchronization is part of OpenStack Swift.

74. For claim 42, Clouding alleges that aspects of Cloud Drive infringe. Similar to claim 37, Clouding appears to point to synchronization. Synchronization is part of OpenStack Swift.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this \_\_9th\_\_ day of \_December\_, 2013, at \_09:45_____.

*[signature]*

Paul Voccio