IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-675-LPS |
| | ) |
| RACKSPACE HOSTING, INC., | ) |
| RACKSPACE US, INC., and JUNGLE | ) |
| DISK, LLC, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' JOINDER IN MOTION TO DISMISS

Defendants Rackspace Hosting, Inc., Rackspace US, Inc., and Jungle Disk LLC (collectively, "Rackspace") hereby join in the Motion to Dismiss for Lack of Standing filed by Defendants EMC Corp., EMC International U.S. Holdings, Inc. and VMware, Inc. (collectively, "EMC") in C.A. No. 13-1455 (D.I. Nos. 32 and 33) and fully adopt and incorporate as if stated herein the arguments presented by EMC in support of this motion.

ASHBY & GEDDES

*Of Counsel:*

Daniel T. Shvodian
James F. Valentine
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
(650) 838-4300

Matthew C. Bernstein
PERKINS COIE LLP
11988 Camino Real, Suite 200
San Diego, CA 92130

Dated: January 15, 2014

*/s/ Andrew C. Mayo*

Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendants*

{00822620;v1 }